NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
LINDA MOTT
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00181-RFB-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| JASON HANSEN, | ) | PRETRIAL RELEASE |
| | ) | |
| Defendant. | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Emily McKillip, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 19th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

By ___/S/_____
LINDA MOTT
Assistant U. S. Attorney

PS 8  
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JASON HANSEN                                    Docket No. 2:19-CR-00181-RFB-VCF

Petition for Action on Conditions of Pretrial Release

COMES NOW EMILY McKILLIP, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Hansen. The defendant initially appeared on August 1, 2019, before U.S. Magistrate Judge Brenda Weksler, and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV, without prior approval from Pretrial Services.
4. The defendant may travel to the state of Washington for the purpose of court only.
5. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
10. The defendant shall refrain from the excessive use of alcohol.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
12. The defendant must not violate federal, state, or local law while on release.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On September 7, 2019, the defendant was arrested by LVMPD for Child Abuse or Neglect, felony.
2. The defendant was allegedly "drunk" during the altercation which led to the arrest.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 20 day of September, 2019 and ordered filed and made a part of the records in the above case. | Executed on this 19th day of September, 2019. |

Respectfully Submitted,

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

_____
Emily McKillip  SPB
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada