NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
JESSICA OLIVA
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:19-cr-00181-RFB-VCF |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| JASON HANSEN ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Emily McKillip</u>, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 25th day of June, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                                    .
JESSICA OLIVA
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Jason Hansen                                                          Docket No.  2:19-cr-00181-RFB-VCF

Petition for Action on Conditions of Pretrial Release

COMES NOW EMILY McKILLIP, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Jason Hansen, who was placed under Pretrial Services supervision by U.S. Magistrate Judge Brenda Weksler on August 1, 2019, on a personal recognizance bond, with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV, without prior approval from Pretrial Services.
4. The defendant may travel to the state of Washington for the purpose of court only.
5. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
8. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
10. The defendant shall refrain from the excessive use of alcohol.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant has requested to attend counseling to assist in grieving the loss of this mother.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE THAT THE DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH ASSESSMENT AND ANY RECOMMENDED TREATMENT, AND SHALL PAY ALL OR PART OF THE COST OF THE TREATMENT PROGRAM BASED UPON HIS ABILITY TO PAY AS DETERMINED BY PRETRIAL SERVICES OR THE SUPERVISING OFFICER.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this ___ day of June, 2020 and ordered filed and made a part of the records in the above case. | Executed on this 25th day of June, 2020. |
| | Respectfully Submitted, |
| Honorable Brenda Weksler<br>U.S. Magistrate Judge | Emily McKillip *SPS*<br>U.S. Pretrial Services Officer<br>Place: Las Vegas, Nevada |