NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00181-RFB-VCF |
| Plaintiff, | **Motion and Order to Dismiss Indictment Without Prejudice** |
| v. | |
| JASON HANSEN, | |
| Defendant. | |

The United States of America, by NICHOLAS A. TRUTANICH, United States

Attorney for the District of Nevada, and JESSICA OLIVA, Assistant United States

Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

that the Court enter an order allowing the government to dismiss without prejudice the

charges brought against defendant JASON HANSEN contained in the Indictment in

case number 2:19-cr-00181-RFB-VCF.

Respectfully submitted this 2nd day of November, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jessica Oliva* _____
JESSICA OLIVA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00181-RFB-VCF |
| Plaintiff, | **Order of Dismissal of the Indictment Without Prejudice** |
| v. | |
| JASON HANSEN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon

leave of Court, the United States Attorney for the District of Nevada hereby dismisses

without prejudice the charges brought against defendant JASON HANSEN, contained in

the Indictment in case number 2:19-cr-00181-RFB-VCF.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges

brought against defendant JASON HANSEN, contained in the  Indictment in case

number 2:19-cr-00181-RFB-VCF. Defendant's personal recognizance bond is hereby

exonerated.

DATED this ___3rd___ day of _____November_____, 2020.

_____
HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

2